CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
MAR 15 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROGER D. WALKER,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN E. POTTER,<br>Postmaster General, U.S. Postal Service<br><br>*Defendant.* | CIVIL ACTION NO. 3:05CV00040<br><br><br>ORDER AND OPINION<br><br><br>JUDGE NORMAN K. MOON |

Plaintiff filed the Complaint in this case on August 17, 2005. According to Federal Rule of Civil Procedure 4(m): "If a service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time . . . ." Fed. R. Civ. P. 4(m). In accordance with this rule, Plaintiff was required to serve Defendant by December 15, 2005. Plaintiff did not serve Defendant within this time period. On January 27, 2006, the Court issued a 100-Day Notice to Plaintiff, giving Plaintiff fifteen days to notify the Court that service had been accomplished on Defendant in order to avoid dismissal. Plaintiff has not responded to the 100-Day Notice within the required time period. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record. The Clerk of the Court is further instructed to STRIKE this case from the docket.

ENTERED: *[signature]*
U.S. District Judge

March 15, 2006
Date

2